AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cox, Susan E. | US District Court | 08/12/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge -Full time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

219 South Dearborn Ave.
Room 1334
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Custodial Account #1 |
| 2. | Custodian | Custodial Account #2 |
| 3. | Director | Helping Hand Rehabilitation Center |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Baxter International - Salary & Bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Boston University Law School | 4/11/12-4/14/12 | Boston, MA | Speaker | Transportation & Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/12/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank of LaGrange Accounts | A | Interest | J | T | Open | 01/31/12 | J | | |
| 2. Fifth Third Bank Account | A | Interest | J | T | | | | | |
| 3. Chase Bank | A | Interest | | | Closed | 01/31/12 | J | A | |
| 4. Chase Bank | A | Interest | | | Closed | 01/31/12 | J | A | |
| 5. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 6. US Employees Credit Union Account | A | Interest | J | T | | | | | |
| 7. Baxter International - Exercisable Stock Options | | None | N | T | | | | | |
| 8. Baxter International - Unvested Stock Options | | None | L | T | | | | | |
| 9. Baxter Int'l Common | A | Dividend | L | T | Buy (add'l) | 2/21/12 | N | | |
| 10. | | | | | Sold (part) | 2/21/12 | N | A | |
| 11. | | | | | Buy (add'l) | 10/31/12 | O | | |
| 12. | | | | | Buy (add'l) | 10/31/12 | O | | |
| 13. Edward Lifesciences Common | | None | J | T | | | | | |
| 14. Farm - Wilson County, KS (1/12th Interest) | A | Rent | K | W | | | | | |
| 15. BAXTER INT'L 401K PLAN | | | | | | | | | |
| 16. Stable Income Fund | C | Dividend | L | T | | | | | |
| 17. Composite Fund | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. S&P 500 Equity Index Fund | D | Dividend | L | T | | | | | |
| 19. General Equity Fund | B | Dividend | J | T | | | | | |
| 20. International EAFE Equity Index Fund | C | Dividend | K | T | | | | | |
| 21. Small Cap Fund | C | Dividend | K | T | | | | | |
| 22. Baxter Int'l Common | E | Dividend | L | T | | | | | |
| 23. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 24. AT&T Common | A | Dividend | | | Sold | 10/09/12 | J | B | |
| 25. Annaly Capital Mgt. Unit Trust | B | Dividend | K | T | Buy (add'l) | 11/07/12 | J | | |
| 26. Basic Materials Ultra Sector | A | Dividend | | | Sold | 10/03/12 | J | A | |
| 27. Bristol Myers Squibb Common | A | Dividend | | | Sold | 02/14/12 | J | B | |
| 28. Chemtrade Logistics | A | Dividend | J | T | Buy | 05/24/12 | J | | |
| 29. CVS Caremark Common | A | Dividend | | | Sold | 02/14/12 | J | A | |
| 30. EBAY Common | | None | J | T | | | | | |
| 31. Exelon Common | A | Dividend | | | Sold | 10/23/12 | J | A | |
| 32. Fidelity Canada | A | Dividend | | | Sold | 05/24/12 | J | A | |
| 33. Fidelity Cash Reserves Fund | A | Interest | J | T | | | | | |
| 34. Fidelity High Income | A | Dividend | J | T | Buy | 05/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 36. Fidelity Investment Grade Bond Fund | A | Int./Div. | K | T | Buy | 11/09/12 | K | | |
| 37. Fidelity New Markets Income | A | Int./Div. | J | T | Buy (add'l) | 11/08/12 | J | | |
| 38. Fidelity Select Energy Fund | A | Dividend | | | Sold | 10/03/12 | J | A | |
| 39. Fidelity Select Pharmaceutical | A | Dividend | | | Buy | 05/24/12 | J | | |
| 40. | | | | | Sold | 10/03/12 | J | A | |
| 41. Fidelity Short Term Bond Fund | A | Int./Div. | J | T | Buy | 05/24/12 | J | | |
| 42. First Energy | A | Dividend | | | Sold | 11/01/12 | J | B | |
| 43. France Telecom | A | Dividend | | | Buy | 05/24/12 | J | | |
| 44. | | | | | Sold | 10/09/12 | J | A | |
| 45. General Electric Common | A | Dividend | | | Sold | 10/10/12 | J | A | |
| 46. Harbor Bond Institutional Fund | A | Int./Div. | J | T | | | | | |
| 47. Ishares Silver Trust | | None | | | Sold | 02/14/12 | J | A | |
| 48. Matthews Asia Dividend | A | Dividend | J | T | | | | | |
| 49. Matthews Pacific Tiger Fund | A | Dividend | | | Sold | 10/03/12 | J | C | |
| 50. McDonalds Corp | A | Dividend | J | T | | | | | |
| 51. New York Community Bank | A | Dividend | | | Sold | 10/12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Northern Property Trust | A | Dividend | J | T | | | | | |
| 53. Pembina Pipeline | A | Dividend | J | T | Buy | 04/13/12 | J | | |
| 54. PIMCO Investment Grade Corp Bond Fund | B | Int./Div. | K | T | Buy (add'l) | 11/08/12 | K | | |
| 55. Procter & Gamble | A | Dividend | | | Buy | 05/24/12 | J | | |
| 56. | | | | | Sold | 10/23/12 | J | A | |
| 57. Provident Energy Trust | A | Royalty | | | Merged (with line 53) | 04/13/12 | J | | |
| 58. SPDR Gold Trust Shares | | None | J | T | | | | | |
| 59. Staples | A | Dividend | | | Buy | 05/24/12 | J | | |
| 60. | | | | | Sold | 10/10/12 | J | A | |
| 61. Templeton Global Bond Fund | A | Int./Div. | J | T | | | | | |
| 62. Vodaphone Common | A | Dividend | | | Sold | 05/24/12 | J | A | |
| 63. Wellpoint | A | Dividend | | | Buy | 05/24/12 | J | | |
| 64. | | | | | Sold | 10/16/12 | J | A | |
| 65. Yum Brands Inc | A | Dividend | | | Sold | 02/14/12 | J | C | |
| 66. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 67. AT&T Common | A | Dividend | | | Sold | 10/09/12 | J | A | |
| 68. Abbvie Inc | A | Dividend | J | T | Spinoff (from line 69) | 12/31/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 70. Annaly Capital Management | A | Dividend | J | T | | | | | |
| 71. Apple Inc. Common | A | Dividend | J | T | | | | | |
| 72. Baxter Int'l Common | A | Dividend | J | T | | | | | |
| 73. Bell Aliant Reg Communications | A | Dividend | | | Sold | 02/14/12 | J | A | |
| 74. Century Link Common | A | Dividend | | | Sold | 10/11/12 | J | A | |
| 75. Coca Cola Common | A | Dividend | | | Sold | 10/16/12 | J | B | |
| 76. Energy Transfer Partners | A | Dividend | K | T | Buy | 11/13/12 | K | | |
| 77. Fidelity Muni Money Market Fund | A | Interest | J | T | | | | | |
| 78. Fidelity High Income | A | Int./Div. | J | T | Buy | 05/25/12 | J | | |
| 79. | | | | | Sold (part) | 11/08/12 | J | A | |
| 80. Fidelity Investment Grade Bond Fund | A | Int./Div. | J | T | Buy | 11/08/12 | J | | |
| 81. Fidelity Short Term Bond | A | Int./Div. | | | Buy | 05/25/12 | J | | |
| 82. | | | | | Sold | 11/08/12 | J | A | |
| 83. General Electric Common | A | Dividend | | | Sold | 10/10/12 | J | A | |
| 84. IBM Common | A | Dividend | K | T | | | | | |
| 85. JPMorgan Chase | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Kimberly Clark Common | A | Dividend | | | Sold | 10/24/12 | J | B | |
| 87. Oracle Corp Common | A | Dividend | | | Sold | 10/08/12 | J | A | |
| 88. Powershares ETF Int'l Dividend | A | Dividend | J | T | | | | | |
| 89. Powershares Nat'l Muni Bond Fund | A | Int./Div. | K | T | Buy | 11/13/12 | K | | |
| 90. SPDR Gold Trust | | None | J | T | Buy | 05/30/12 | J | | |
| 91. SPDR Technology ETF | | None | | | Sold | 02/14/12 | J | B | |
| 92. Spy Puts June 16 2012 125 | | None | | | Sold | 05/25/12 | J | A | |
| 93. Spy Puts July 21 2012 130 | | None | | | Buy | 05/29/12 | J | | |
| 94. | | | | | Sold | 07/20/12 | J | A | |
| 95. Unilever PLC Common | A | Dividend | | | Sold | 10/22/12 | J | B | |
| 96. Vanguard Short-Term Bond ETF | A | Int./Div. | J | T | | | | | |
| 97. Verizon Communications Common | A | Dividend | | | Sold | 10/10/12 | J | C | |
| 98. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 99. AT&T Common | A | Dividend | | | Sold | 10/09/12 | J | A | |
| 100. Apple Common | A | Dividend | J | T | | | | | |
| 101. Bristol Myers Squibb Common | A | Dividend | | | Sold | 02/14/12 | J | A | |
| 102. Fidelity Cash Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity High Income | A | Int./Div. | J | T | Buy | 11/08/12 | J | | |
| 104. Fidelity Investment Grade Bond Fund | A | Int./Div. | J | T | Buy | 11/08/12 | J | | |
| 105. Fidelity New Markets Income | A | Int./Div. | K | T | Buy (add'l) | 11/08/12 | J | | |
| 106. Fidelity Select Energy Service | A | Int./Div. | | | Buy | 05/25/12 | J | | |
| 107. | | | | | Sold | 10/03/12 | J | A | |
| 108. Fidelity Select Materials | A | Int./Div. | | | Buy | 05/25/12 | J | | |
| 109. | | | | | Sold | 10/03/12 | J | A | |
| 110. General Electric Common | A | Dividend | | | Sold | 10/10/12 | J | A | |
| 111. Johnson & Johnson Common | A | Dividend | | | Sold | 10/23/12 | J | A | |
| 112. Paychex Inc | A | Dividend | J | T | | | | | |
| 113. Pimco Invest Grade Corp Bond Fund | A | Int./Div. | J | T | | | | | |
| 114. Powershares DB Agriculture Fund | | None | | | Sold | 02/14/12 | J | A | |
| 115. Wells Fargo & Co | A | Dividend | | | Sold | 10/09/12 | J | A | |
| 116. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 117. AT&T Common | A | Dividend | | | Sold | 10/09/12 | J | A | |
| 118. Apple Common | A | Dividend | J | T | | | | | |
| 119. Bristol Myers Squibb Common | A | Dividend | | | Sold | 02/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fidelity Cash Fund | A | Interest | J | T | | | | | |
| 121. Fidelity High Income Fund | A | Int./Div. | J | T | Buy | 11/08/12 | J | | |
| 122. Fidelity Investment Grade Bond Fund | A | Int./Div. | J | T | Buy | 11/08/12 | J | | |
| 123. Fidelity New Markets Income | A | Int./Div. | K | T | Buy (add'l) | 11/08/12 | J | | |
| 124. Fidelity Select Energy Service | A | Int./Div. | | | Buy | 05/25/12 | J | | |
| 125. | | | | | Sold | 10/03/12 | J | A | |
| 126. Fidelity Select Materials | A | Int./Div. | | | Buy | 05/25/12 | J | | |
| 127. | | | | | Sold | 10/03/12 | J | A | |
| 128. General Electric Common | A | Dividend | | | Sold | 10/10/12 | J | A | |
| 129. Johnson & Johnson Common | A | Dividend | | | Sold | 10/23/12 | J | A | |
| 130. Paychex Inc | A | Dividend | J | T | | | | | |
| 131. Powershares DB Agriculture Fund | | None | | | Sold | 02/14/12 | J | A | |
| 132. Vanguard Short Term Bond ETF | A | Int./Div. | J | T | | | | | |
| 133. Wells Fargo & Co | A | Dividend | | | Sold | 10/09/12 | J | A | |
| 134. CUSTODIAL ACCOUNT #1 | | | | | | | | | |
| 135. First National Bank of LaGrange Account | A | Interest | J | T | Open | 01/31/12 | J | | |
| 136. Chase Bank | A | Interest | | | Closed | 01/31/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  CUSTODIAL ACCOUNT #2 | | | | | | | | | |
| 138.  First National Bank of LaGrange Account | A | Interest | J | T | Open | 01/31/12 | J | | |
| 139.  Chase Bank | A | Interest | | | Closed | 01/31/12 | J | A | |
| 140.  IL Bright Directions 529 Plan #1 - Fund 80A | B | Int./Div. | K | T | | | | | |
| 141.  IL Bright Directions 529 Plan #2 - Fund 60A | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Susan E. Cox

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544